IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STEVEN S. CAMERON, | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § CIVIL ACTION NO.  9:22-CV-144-TH |
| | § |
| COMMISSIONER OF SOCIAL SECURITY, | § |
| | § |
| Defendant. | § |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. Pursuant to such order, the court has received and considered the Report of the United States Magistrate Judge (doc. #5) entered on October 3, 2022, regarding the Plaintiff's Motion to Proceed *in Forma Pauperis*.  No objections to the magistrate judge's report were filed, and the Plaintiff, Steven Cameron, thereafter submitted his filing fee of $402 to the clerk of court on October 5, 2022.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is ADOPTED Therefore, it is ORDERED that Plaintiff's Motion to Proceed *in Forma Pauperis* (doc. #2) is DENIED.

**SIGNED** this the 6  day of **October, 2022.**

_____
Thad Heartfield
United States District Judge