| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

STEVEN CAMERON, §
　　　　　　　　　　　　　　　　§
　　　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus §　　CIVIL ACTION NO. 9:22-CV-144-MAC
　　　　　　　　　　　　　　　　§
COMMISSIONER OF SOCIAL SECUIRTY, §
　　　　　　　　　　　　　　　　§
　　　　　　　Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Plaintiff filed a Complaint requesting judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for disability-based benefits. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. The Report recommends dismissal pursuant to Plaintiff's request to dismiss the case. No objections to the Report of the United States Magistrate Judge were filed by the parties.

After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge (#14) is **ADOPTED**. A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 21st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE